IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MELVIN NETTLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 97-H-3043-S |
| | ) | |
| SERGEANT LEO ALLEN, LT. GEORGE | ) | |
| A. CARTER, and BOBBY LAMBERTH, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on February 11, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on March 25, 1998.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 10th day of April, 1998.

JAMES H. HANCOCK
UNITED STATES DISTRICT JUDGE